### LORZING v. EISENBERG et al.

(City Court of New York, General Term. October 20, 1893.)

Appeal from special term.

Action by Robert Lorzing against William Eisenberg and others. From a judgment by default, defendants appeal. Reversed.

Argued before FITZSIMONS and McCARTHY, JJ.

Fromme Bros., for appellants.
William H. Regan, for respondent.

McCARTHY, J. Having determined in the action of Lorzing v. Eisenberg, 25 N. Y. Supp. 750, on the appeal from the order denying the motion to open the default, to reverse said order, as matter of course, this judgment falls. But this is without fault of the respondent. The judgment is therefore reversed, and a new trial ordered. No costs.